# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIX CORPORATION,** | Case No. LA CV 11-00221-VBF |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| LIVE IT LIVE, INC., and DOES 1 to 50 inclusive, | |
| Defendants. | |

Pursuant to this Court's contemporaneously issued Order Imposing a Terminating Sanction on Defendant Live It Live, Inc., **final judgment is hereby entered in favor of plaintiff Tix Corporation and against defendant Live It Live, Inc., and the Doe Defendants, on all of plaintiff's claims and all of defendant's counterclaims.**

DATED:  Wednesday, May 4, 2016

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE